IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CLIFFORD BELL, III, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 1:17-cv-01455 |
| WALI ENTERPRISES, LLC, d/b/a Popeye's Louisiana Kitchen, | ) ) ) ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AT LAW FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

NOW COMES Defendant, WALI ENTERPRISES, LLC, d/b/a Popeye's Louisiana Kitchen, by and through its attorneys, Sorling Northrup, John A. Kauerauf, of Counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(6) who herein moves to dismiss Plaintiff, CLIFFORD BELL, III's Complaint at Law for failure to state a claim upon which relief can be granted and in support of which states as follows:

1. For the reasons set forth in the Memorandum of Law filed herewith, Counts I and II of Plaintiff's Complaint fail to show he was disabled within the meaning of the Americans with Disabilities Act, as amended, 42 U.S.C. § 12101, *et seq.* (2008) ("ADA"), and thus, should be dismissed for failure to state a claim upon which relief can be granted.

2. For the reasons set forth in the Memorandum of Law filed herewith, Count III of Plaintiff's Complaint fails to sufficiently plead a claim of interference with the Family and Medical Leave Act ("FMLA"), and thus should be dismissed for failure to state a claim upon which relief can be granted.

WHEREFORE, Defendant, WALI ENTERPRISES, LLC, d/b/a Popeye's Louisiana Kitchen, moves pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure that the above-captioned proceedings be dismissed with prejudice due to the failure of Plaintiff's Complaint to state a claim upon which relief can be granted and that Defendant be awarded its costs of defense.

Respectfully submitted,

WALI ENTERPRISES, LLC, d/b/a Popeye's
Louisiana Kitchen, Defendant

By: s/ John A. Kauerauf
John A. Kauerauf, Bar #6193413
Attorney for Defendant
Sorling Northrup
1 N. Old State Capitol Plaza, Suite 200
P.O. Box 5131
Springfield, IL  62705
Telephone:  217-544-1144
Fax:  217-522-3173
E-Mail:  jakauerauf@sorlinglaw.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing document was served by electronic service through the Court's ECF System to the following:

Mr. Alejandro Caffarelli
Ms. Alexis D. Martin
Ms. Madeline K. Engel
Caffarelli & Associates, Ltd.
224 South Michigan Avenue, Suite 300
Chicago, IL  60604

and via First Class Mail, postage prepaid, to the following:

(none)

on the 11th day of December, 2017.

                              s/ John A. Kauerauf
                              John A. Kauerauf, Bar #6193413
                              Attorney for Defendant
                              Sorling Northrup
                              1 N. Old State Capitol Plaza, Suite 200
                              P.O. Box 5131
                              Springfield, IL  62705
                              Telephone:  217-544-1144
                              Fax:  217-522-3173
                              E-Mail:  jakauerauf@sorlinglaw.com