IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CLIFFORD BELL III,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WALI ENTERPRISES LLC, d/b/a POPEYE'S LOUISIANA KITCHEN<br><br>　　　　Defendant. | Case No. 17-cv-01455 |

## JOINT DISCOVERY PLAN

Counsel for the Plaintiff, Alexis D. Martin of Caffarelli & Associates Ltd., and counsel for the Defendant, John A. Kauerauf of Sorling Northrup, having conferred on January 18, 2018 for the purpose of formulating a proposed discovery schedule for consideration by the Court, hereby submit the following agreed deadlines for the Court's consideration:

1. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1): February 16, 2018

2. Amendment of the pleadings: April 13, 2018

3. Joining additional parties: April 13, 2018

4. Close of fact discovery: July 31, 2018

5. Disclosure of Plaintiff's experts: July 31, 2018

6. Disclosure of Plaintiff's expert reports: July 31, 2018

7. Plaintiff's experts deposed by: December 21, 2018

8. Disclosure of Defendant's experts: September 30, 2018

9. Disclosure of Defendant's expert reports: September 30, 2018

10. Defendant's experts deposed by: December 21, 2018

11. Completion of all discovery: December 21, 2018

12. Dispositive motions: February 1, 2019

Dated: January 23, 2018                                             Respectfully Submitted,

CLIFFORD BELL III,                                                  WALI ENTERPRISES LLC, d/b/a
                                                                    POPEYE'S LOUSIANA KITCHEN


/s/ Alexis D. Martin                                                /s/ John A. Kauerauf
One of Plaintiff's Attorneys                                        One of Defendant's Attorneys
Caffarelli & Associates Ltd.                                        Sorling Northrup
224 S. Michigan Ave., Suite 300                                     1 N. Old State Capitol Plaza, Suite 200
Chicago, Illinois 60604                                             P.O. Box 5131
Tel. (312) 763-6880                                                 Springfield, Illinois 62705
amartin@caffarelli.com                                              Tel. (217) 544-1144
                                                                    jakauerauf@sorlinglaw.com

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that a copy of the attached, **Joint Discovery Plan,** was served upon the individual listed below by electronically filing with the Clerk of the U.S. District Court of the Central District of Illinois on January 23, 2018.

John A. Kauerauf (jakauerauf@sorlinglaw.com)
Sorling Northrup
1 N. Old State Capitol Plaza, Suite 200
P.O. Box 5131
Springfield, Illinois 62705
Tel. (217) 544-1144

                                                /s/ Alexis D. Martin
                                                One of Plaintiff's Attorneys