IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CLIFFORD BELL, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:17-CV-01455 |
| | ) |
| WALI ENTERPRISES, LLC, d/b/a | ) |
| Popeye's Louisiana Kitchen, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

NOW COME CLIFFORD BELL, III, Plaintiff, by his attorneys, Caffarelli & Associates Ltd., Alejandro Caffarelli, Alexis Martin, and Madeline Engel, of counsel, and WALI ENTERPRISES, LLC, an Illinois limited liability company, d/b/a Popeye's Louisiana Kitchen, by its attorneys, Sorling Northrup, John A. Kauerauf, of counsel, and for their Stipulation of Dismissal filed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, state as follows:

1.  Plaintiff and Defendant have entered into a Settlement Agreement and Release resolving the above-captioned matter and jointly stipulate and move that the above-captioned proceedings be dismissed with prejudice.

| | |
|---|---|
| CLIFFORD BELL, III, Plaintiff | WALI ENTERPRISES, LLC d/b/a Popeye's Louisiana Kitchen, Defendant |
| | |
| By: /s/ Madeline K. Engel | |
|     One of His Attorneys | By: /s/ John A. Kauerauf |
| | One of Its Attorneys |
| Alejandro Caffarelli | |
| Alexis D. Martin | John A. Kauerauf, Bar #6193413 |
| Madeline K. Engel | Sorling Northrup |
| Caffarelli & Associates, Ltd. | 1 N. Old State Capitol Plaza, Suite 200 |
| 224 South Michigan Avenue, Suite 300 | P.O. Box 5131 |
| Chicago, IL  60604 | Springfield, IL  62705 |
| Telephone:  312-763-6880 | Telephone:  217-544-1144 |
| | Fax:  217-522-3173 |
| | E-Mail:  jakauerauf@sorlinglaw.com |

**PROOF OF SERVICE**

      I hereby certify that on May 11, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. John A. Kauerauf (jakauerauf@sorlinglaw.com)
Sorling Northrup
1 N. Old State Capitol Plaza, Suite 200
P.O. Box 5131
Springfield, IL  62705


                                        /s/ Madeline K. Engel